**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| KHALID MOHAMMAD,<br><br>Plaintiff,<br><br>v.<br><br>THE KING CITY POLICE DEPARTMENT,<br><br>Defendant. | Case No. 17-cv-04477-BLF<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE VAN KEULEN AND DISMISSING CASE WITH PREJUDICE** |

The Court has reviewed the Report and Recommendation ("Report") of Magistrate Judge Susan van Keulen granting Plaintiff Khalid Mohammad's ("Mohammad") request to proceed *in forma pauperis*, and dismissing this case with prejudice. ECF 7. The Court finds the Report correct, well reasoned, and thorough, and adopts it in every respect.

When reviewing a Report and Recommendation for a nondispositive matter, a court must "set aside any part of the order that is clearly erroneous or is contrary to law." Fed. R. Civ. P. 72(a). For a dispositive matter, like the one at issue here, a court "must determine de novo any part of the magistrate judge's disposition that has been properly objected to." Fed. R. Civ. P. 72(b)(1)(3). *See also* 28 U.S.C. § 636(b)(1). No objections to the Report and Recommendation have been filed and the deadline to object has lapsed. *See* Fed. R.Civ. P. 6(d), 72(b)(2) (deadline for objections is seventeen days after being served by mail); Certificate of Service, ECF 7-1 (Mohammad served with Report by mail on September 28, 2017).

This case is related to two prior actions before this Court: *Mohammad v. King City Police Dep't*, Case No. 16-cv-02903-BLF; *Mohammad v. King City Police Dep't*, Case No. 17-cv-00615-BLF. *See* Order Relating Cases, ECF 11. As Magistrate Judge van Keulen explains in the Report,

this case is actually the fourth time that Mohammad has filed a claim arising out of his arrest and subsequent incarceration by a King City Police Department Officer. *See* Report at 2 (summarizing cases, including a similar case against a different defendant: *Mohammad v. Cal. Dep't of Corrs.*, Case No. 14-cv-03837). Moreover, the Court has reviewed the record in the related cases and agrees with the Report that "the complaint here is virtually identical to the complaint Mohammad filed in [the related cases]." *See* Report at 2.

One of the prior identical cases, 17-cv-00615, was dismissed without leave to amend on June 16, 2017 because this Court found that "Mohammad has, over the course of four years, three cases, and four motions, failed to remedy [the] basic error in his pleadings despite clear warnings[.]" *See* Case No. 16-cv-615, ECF 21. The Court finds that this fourth attempt the state a claim regarding this incident fares no better than Mohammad's first three cases. Thus, the Court agrees with the Report that this action is frivolous under 28 U.S.C. § 1915(e)(2)(B)(i).

After reviewing the entire record in this case and the related actions, the Court finds the Report correct, well reasoned, and thorough, and adopts it in every respect. Accordingly, the Court ORDERS as follows:

1. Mohammad's motion to proceed IFP is GRANTED because he satisfies the economic eligibility requirement for IFP status;
2. The complaint in this action is DISMISSED WITH PREJUDICE.
3. The Clerk shall serve a copy of this Order on Mohammad and close the file.

**IT IS SO ORDERED.**

Dated: October 23, 2017

_____
BETH LABSON FREEMAN
United States District Judge